| | | | |
|---|---|---|---|
| Thomas v. Pence | 48A02–1606–PL–1515 | 02/09/2017 | Transfer denied. All Justices concur. |
| Combs v. State | 02A03–1602–PC–343 | 02/09/2017 | Transfer denied. All Justices concur. |
| Heironimus v. State | 65 N.E.3d 646 | 02/09/2017 | Transfer denied. All Justices concur. |
| Baumholser v. State | 62 N.E.3d 411 | 02/09/2017 | Transfer denied. All Justices concur. |
| King v. State | 61 N.E.3d 1275 | 02/09/2017 | Transfer denied. All Justices concur. |
| Heironimus v. State | 65 N.E.3d 644 | 02/09/2017 | Transfer denied. All Justices concur. |
| J.M. v. State | 56 N.E.3d 729 | 02/15/2017 | Transfer granted. |
| Hughes v. State | 66 N.E.3d 1011 | 02/16/2017 | Transfer denied. All Justices concur. |
| Kee v. State | 66 N.E.3d 1010 | 02/16/2017 | Transfer denied. All Justices concur. |
| Smith v. State | 68 N.E.3d 1128 | 02/16/2017 | Transfer denied. All Justices concur. |
| Murto v. State | 66 N.E.3d 1011 | 02/16/2017 | Transfer denied. All Justices concur. |
| Carter v. State | 67 N.E.3d 1041 | 02/16/2017 | Transfer denied. All Justices concur. |
| Bradley v. State | 68 N.E.3d 622 | 02/16/2017 | Transfer denied. All Justices concur. |
| Barnes v. State | 66 N.E.3d 1008 | 02/16/2017 | Transfer denied. All Justices concur. |
| Janowiak v. Watcon, Inc. | 60 N.E.3d 1146 | 02/16/2017 | Transfer denied. All Justices concur. |
| Alexander v. State | 66 N.E.3d 1008 | 02/16/2017 | Transfer denied. All Justices concur. |
| Allen v. State | 68 N.E.3d 623 | 02/16/2017 | Transfer denied. All Justices concur. |
| Clark v. State | 68 N.E.3d 625 | 02/16/2017 | Transfer denied. All Justices concur. |
| Towell v. State | 66 N.E.3d 1009 | 02/16/2017 | Transfer denied. All Justices concur. |
| Williams v. State | 68 N.E.3d 626 | 02/16/2017 | Transfer denied. All Justices concur. |
| Graves v. State | 68 N.E.3d 624 | 02/16/2017 | Transfer denied. All Justices concur. |
| Stevenson v. State | 64 N.E.3d 1263 | 02/16/2017 | Transfer denied. All Justices concur. |
| Lucero v. State | 66 N.E.3d 1010 | 02/16/2017 | Transfer denied. All Justices concur. |
| State v. Summers | 62 N.E.3d 451 | 02/16/2017 | Transfer denied. All Justices concur. |
| Shoemaker v. State Police Department | 62 N.E.3d 1242 | 02/16/2017 | Transfer denied. All Justices concur. |
| Buehler v. Rolls–Royce Corporation | 49A02–1512–PL–2147 | 02/16/2017 | Transfer denied. All Justices concur. |
| Momar, Inc. v. Watcon, Inc. | 66 N.E.3d 1006 | 02/16/2017 | Transfer denied. All Justices concur. |
| Muir v. McWilliams | 66 N.E.3d 1011 | 02/16/2017 | Transfer denied. All Justices concur. |
| Robertson v. Anonymous Clinic | 63 N.E.3d 349 | 02/16/2017 | Transfer denied. All Justices concur, except Slaughter, J., who did not participate in the decision of this matter. |